UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEMTREX, INC.,<br><br>Petitioner,<br><br>v.<br><br>DISCOVER GROWTH FUND, LLC,<br><br>Respondent,<br><br>v.<br><br>CONTINENTAL STOCK TRANSFER AND TRUST COMPANY, INC.,<br><br>Nominal Respondent. | Case No. 19-cv-03587 (GBD)<br><br>**DECLARATION OF ANDREW PODOLIN IN SUPPORT OF RESPONDENT DISCOVER GROWTH FUND, LLC'S MOTION PURSUANT TO FEDERAL RULE 65.1 TO ENFORCE SURETY'S LIABILITY ON TEMPORARY RESTRAINING ORDER BOND** |
| DISCOVER GROWTH FUND, LLC,<br><br>Movant,<br><br>v.<br><br>CEMTREX, INC.,<br><br>Respondent. | |

I, Andrew Podolin, declare as follows:

1. I am an associate at Richards Kibbe & Orbe LLP, attorneys for Respondent-Movant Discover Growth Fund, LLC ("Discover") in connection with the above-referenced case. I submit this Declaration in support of Discover's Motion for an Order pursuant to Fed. R. Civ. P. 65(c) and 65.1 and Rule 65.1.1 of the Local Rules of the United States District Court for the Southern District of New York : (i) awarding Discover $150,000.00 in costs and expenses and

(ii) requiring Atlantic Specialty Insurance Company to make payment of $150,000.00. This declaration is made upon personal knowledge, except where otherwise noted.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Surety Bond, dated April 22, 2019, that Cemtrex, Inc. ("Cemtrex") submitted to the Court in support of its motion for a temporary restraining order dated April 23, 2019.

3. Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the hearing on Cemtrex's motion for preliminary injunction held in the above-captioned matter before Judge George B. Daniels on April 30, 2019 at 10:05 a.m. (the "Hearing").

4. Attached hereto as Exhibit 3 is a true and correct copy of a Delivery Notice submitted by Discover to Cemtrex on April 18, 2019 requesting the issuance of 503,313 conversion shares of Cemtrex common stock.

5. Attached hereto as Exhibit 4 is a true and correct redacted copy of an invoice by Discover's attorneys, Richards Kibbe & Orbe LLP, dated May 7, 2019 and reflecting the legal fees and costs incurred by Discover in responding to Cemtrex's motion for a temporary restraining order and its motion for preliminary injunction.

6. Attached hereto as Exhibit 5 is a true and correct copy of an invoice to Discover's attorneys, Richards Kibbe & Orbe LLP, dated May 7, 2019, for the transcript of the Hearing.

7. Attached hereto as Exhibit 6 is a true and correct copy of a chart showing the daily trading history of Cemtrex common stock (CETX) between April 23, 2019 and May 14, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
May 15, 2019

Andrew Podolin