UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEMTREX, INC., Petitioner, v. DISCOVER GROWTH FUND, LLC, Respondent, v. CONTINENTAL STOCK TRANSFER AND TRUST COMPANY, INC., Nominal Respondent. | Case No. 19-cv-03587 (GBD) **DECLARATION OF JOHN BURKE** |

JOHN BURKE declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I submit this declaration in support of Discover Growth Fund, LLC's ("Discover") motion pursuant to Federal Rules of Civil Procedure 65 & 65.1 to enforce the liability of Cemtrex, Inc. ("Cemtrex")'s surety on the temporary restraining order bond it issued.

2. Unless otherwise stated, I have personal knowledge of the matters set forth in this Declaration, and if called as a witness, could and would competently testify to the same.

## I. PROFESSIONAL EDUCATION AND EXPERIENCE

3. I incorporate by reference paragraphs 3 through 8 of my Declaration dated April 28, 2019 (ECF No. 15), as if fully set forth herein.

## II. THE TEMPORARY RESTRAINING ORDER CAUSED DISCOVER TO LOSE TRADING PROFITS

4. When the temporary restraining order ("TRO") prohibiting Discover from trading in the stock of Cemtrex was received by Discover through Federal Express delivery, Discover owned 107,215 shares of Cemtrex common stock. These shares were held by two brokers: Lek Securities UK Limited and Int'l FC Stone.

5. At that time, I was executing a trading strategy intended to maximize the total economic return on Discover's investment in Cemtrex by selling shares of Cemtrex at the highest prices possible and in a manner that least impacted the price.

6. During the period April 3 to April 25, 2019, Discover sold shares of Cemtrex common stock on every trading day. Discover's trading in Cemtrex averaged about 9% of the total trading volume each day. As part of Discover's trading strategy, I kept Discover's trading around that level so as not to impact the price of shares.

7. Had the TRO not been entered, I would have continued with the same trading strategy. Consistent with this strategy and in light of actual pricing information for the trading days during which Discover was restrained from trading in Cemtrex stock, I would have sold all of Discover's shares of Cemtrex on Friday, April 26 and Monday, April 29.

8. I estimate with reasonable certainty that I would have sold 18,189 shares of Cemtrex stock on April 26, 2019—reflecting 9% of that day's total trading volume—and the balance of Discover's holdings, 89,026 shares, on April 29, 2019. I am confident that I would have sold all of Discover's shares of Cemtrex on April 29 because the stock had an unusually high volume of 1.4 million shares that day, and so the sale of Discover's shares would have been very unlikely to affect the stock price.

9. Had I been able to sell Discover's shares on April 26 and April 29, Discover would have earned $39,957.47 in sales proceeds.

10. Once Discover was able to resume trading in Cemtrex, I sold Discover's 107,215 shares of Cemtrex common stock over the course of three days—April 30, May 1, and May 2, 2019. On April 30, 2019, Discover sold 32,687 shares at an average price of $0.344 per share. On May 1, 2019, Discover sold 28,664 shares at an average price of $0.330 per share. On May 2, 2019, Discover sold 45,864 shares at an average price of $0.341 per share. (On May 2, 2019, Discover booked the transfer of more than 500,000 new conversion shares and sold some of those as well, but I am not including that allotment of shares in my calculations here.) In total, Discover earned $36,345.54 from selling the shares of Cemtrex common stock that were restrained by the TRO.

11. Discover therefore lost out on $3,611.93 in profits as a result of the TRO.

Dated: St. Thomas, U.S. Virgin Islands
May 14, 2019

[signature]
John Burke